FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0048

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0048

LAURENCE DEAN JACKSON, JR.,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 4, 2024, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 4 2024